# ATTACHMENT 1

# COMPLAINT FORM

(for non-prisoner filers without lawyers)

IN THE UNITED STATES DISTRICT COURT
FOR THE __Western__ DISTRICT OF __Wisconsin__

(Full name of plaintiff(s))

__Jonathon Mark__

vs

(Full name of defendant(s))

__Mr. Winkleski, Warden; Mr. Thomas; Mr. Cahak; Mr. Ingenthron; Mr. Rahif; Ms. Harper; Lt. Hass; Ms. Huncke; and John and/or Jane Doe(s)__

Case Number:

21-cv-650-jdp

(to be supplied by clerk of court)

A. PARTIES

1. Plaintiff is a citizen of __Wisconsin__ and resides at
   (State)

   __228 S. Military Rd., Fond du Lac, WI 54935__
   (Address)

   (If more than one plaintiff is filing, use another piece of paper).

Attachment One (Complaint) – 1

4. On or about September 8, 2020, Lt. Haas, Mr. Ingenthron and/or unknown staff violated my Equal Protection by not allowing me 4 hours of outside recreation while in DS3 status, as DS1 and DS2 inmates are allowed

5. On or about July 23, 2020, Ms. Huneke and unknown staff left me in unnecessary pain by not providing me an "effective" medical mattress for months and my pain grew as time went on, in violation of my Eighth Amendment

6. On or about July 23, 2020, Ms. Huneke and unknown staff conspired to violated my Eighth Amend. by leaving me in unnecessary pain and allowing that pain to grow; and the conspiracy was complete by about August 14, 2020

7. On or about September 2, 2020 until November 27, 2020, Lt. Haas, Mr. Ingenthron, Mr. Cahak, Mr. Thomas and Mr. Winkleski, violated my Eighth Amend., by allowing inmates and staff with COVID to be around uninfected inmates and I ended up getting COVID and was physically harmed by it as I had scarring on my lung

8. On or about September 2, 2020 until November 27, 2020, Lt. Haas, Mr. Ingenthron, Mr. Cahak, Mr. Thomas and Mr. Winkleski, conspired to violate my Eighth Amend. by allowing inmates and staff with COVID to be around uninfected inmates and this conspiracy was completed on about September 15, 2020, as I was infected with COVID and received scarring on my lung

9. On or about September 17, 2020, Ms. Harper retaliated against me for filing an informal complaint and I was placed in TLU and given a conduct report (CR).

10. On or about September 17, 2020, Ms. Harper retaliated against me for filing an informal complaint by issuing a baseless and frivolous CR

11. On or about October 2, 2020, unknown staff made me miss a statutory filing deadline and I provided notice to staff of this deadline and they still made me miss this deadline

12. On or about October 2, 2020, unknown staff conspired to violate my First Amend by making me miss a statutory filing deadline even after I provided notice of this deadline; the conspiracy was completed on October 2, 2020.

Attachment One (Complaint) – 3

2. Defendant __Mr. Winkleski__
(Name)

is (if a person or private corporation) a citizen of __Wisconsin__
(State, if known)
and (if a person) resides at __an unknown location but can be reached at Dept. of Corrections (DOC)__ (Address, if known)
and (if the defendant harmed you while doing the defendant's job) __P.O. Box 7925, Madison, WI 53707-7925__
worked for __DOC, P.O. Box 7925, Madison, WI 53707-7925__
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.   STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

1. On or about August 14, 2020, until November 27, 2020, Ms. Huneke and unknown staff violated my Equal Protection by failing to provide me a medical mattress similar or the same as Oshkosh Corr. Inst. (OSCI) provided me, which was more effective for my sciatic pain.

2. On or about September 8, 2020, until November 27, 2020, Ms. Huneke and unknown staff violated my Equal Protection by not treating me similar to another inmate, or more, by providing me a thicker medical mattress, which is similar to OSCI's medical mattress.

3. On or about July 28, 2020, Mr. Huneke and unknown staff conspired to violate my Equal Protection by not providing me a medical mattress similar to OSCI's medical mattress and a medical mattress similar to other inmate's medical mattress and this conspiracy was completed on or about August 14, 2020.

Attachment One (Complaint) – 2

C.  JURISDICTION

☑ I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☐ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $_____.

D.  RELIEF WANTED

Describe what you want the court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or stop doing something.

1. $1.00 nominal damages; $100,000 in punitive damages against each defendant
2. $1.00 nominal damages; $100,000 in punitive damages against each defendant.
3. $1.00 nominal damages; $100,000 in punitive damages against each defendant
4. $1.00 nominal damages; $10,000 in punitive damages against each defendant
5. $1.00 in nominal damages; $100,000 in punitive damages against each defendant
6. $1.00 in nominal damages; $100,000 in punitive damages against each defendant
7. $1.00 in nominal damages; $100,000 in punitive damages against each defendant; $100,000 in psychical damages
8. $1.00 in nominal damages; $100,000 in punitive damages against each defendant; $100,000 in psychical damages
9. $1.00 in nominal damages; $100,000 in punitive damages
10. $1.00 in nominal damages; $100,000 in punitive damages
11. $1.00 in nominal damages; $100,000 in punitive damages against each defendant
12. $1.00 in nominal damages; $100,000 in punitive damages against each defendant.

E.  JURY DEMAND

[✓] Jury Demand – I want a jury to hear my case
            OR
[ ] Court Trial – I want a judge to hear my case

Dated this __13th__ day of __October__ 20_21_.

Respectfully Submitted,

_____
Signature of Plaintiff

__920-960-1033__
Plaintiff's Telephone Number

__JonMark316@yahoo.com__
Plaintiff's Email Address

__223 S. Military Rd, Ste 205__

__Fond du Lac, WI 54935__
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper).

## REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE

[✓] I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.

[ ] I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.