IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JONATHON MARK,

     Plaintiff,

                                       Case No.  21-cv-650-jdp

  v.

MR. WINKLESKI, MR. THOMAS,
MR. CAHAK, MR. INGENTHRON,
MR. RAHIF, MS. HARPER,
LT. HAAG, and MS. HUNEKE,

     Defendants.

JUDGMENT IN A CIVIL CASE

     IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case with prejudice for failure to state a claim upon which relief may be granted.

_____        _____
/s/                               January 25, 2022
Peter Oppeneer, Clerk of Court            Date