IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JONATHON MARK,

   Plaintiff,

v.

                                       Case No.  21-cv-650-jdp

MR. WINKLESKI, MR. THOMAS,
MR. CAHAK, MR. INGENTHRON,
MR. RAHIF, MS. HARPER, LT. HAAG,
MS. HUNEKE, and JOHN AND/OR
JANE DOES,

   Defendants.

JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case with prejudice.

| /s/ | November 29, 2022 |
|---|---|
| Joel Turner, Clerk of Court | Date |