IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JONATHON MARK,

    Plaintiff,

v.

                                Case No.  21-cv-650-jdp

MR. WINKLESKI, MR. THOMAS, MR.
CAHAK, MR. INGENTHRON, MR.
RAHIF, MS. HARPER, LT. HAAG, MS.
HUNEKE, JOHN AND/OR JANE
DOE(S) and JOHN DOE MEDICAL
STAFF,

    Defendants.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case.

        s/ Deputy Clerk                                   8/15/2024
Joel Turner, Clerk of Court                     Date